## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DEMARICO JAMOND HAY                                                                                          PLAINTIFF
ADC #151513

v.                                          5:12CV00462-DPM-JTK

ARKANSAS DEPARTMENT OF CORRECTION, et al.                                              DEFENDANTS

### ORDER

The Court finds that service is appropriate for Defendant Lyndon Cordell Allen. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Complaint (Doc. No. 1) and summons on Defendant in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 15th day of March, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE